IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JERROD THOMAS
05/05/1972
A56622
13400 DILLE DRIVE
UPPER MARLBORO, MD 20772
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

THE STATE OF MARYLAND

_____
*(Full name and address of respondent)*
**Defendant(s).**

AUG 1 4 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                              DEPUTY

Case No.: PX-19-2355
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐    NO ✓

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

      2. Court (if a federal court name the district; if a state court name the city or county):

         _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐   NO ☑ ✓

   1. If you answered YES:

      a. What was the result? _____
         _____

      b. Did you appeal? _____

         YES ☐   NO ☐

   2. If you answered NO to either of the questions above, explain why: _____
      _____N/A_____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   **IN 2003 I WAS SENTENCED TO 5 YEARS, ALL SUSPENDED BUT 8 MONTHS-TIME SERVED AND 10 YEARS SEX OFFENDER REGISTRY. I SHOULD HAVE BEEN OFF THE REGISTRY IN 2013, BUT HAVE BEEN ARRESTED, HELD WITHOUT BOND AND STILL BEING**
   **"ADDITIONAL INFORMATION ATTACHED"**

"ATTACHMENT"

FORCED TO REGISTER 6 YEAR LATER, BECAUSE THEY SAID THE LAW CHANGED TO REGISTER FOR A LIFETIME IN 2010; SO THEY MADE IT RETROACTIVE AND APPLIED IT TO MY CASE. I WAS INITIALLY CONVICTED AND SENTENCED IN BALTIMORE CITY. I HAVE BEEN ARRESTED AND HELD 4 TIMES FROM 2015 TO FEBRUARY 26, 2019

IV. Relief
(State briefly what you want the Court to do for you.)

I WOULD LIKE THE COURT TO AWARD ME $1,000,000 AND TO REMOVE ME FROM THE SEX OFFENDER REGISTRY!

SIGNED THIS 6TH day of AUGUST, 2019.

*Jerrod L. Thomas*
Signature of Plaintiff

JERROD THOMAS
Printed Name
13400 DILLE DRIVE
UPPER MARLBORO, MD 20772
Address

GWYN NOLLOWAY
(FRIEND) 240) 614-0118
Telephone Number

gwynn62@hotmail.com
Email Address